IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-02965-PAB-GPG

July 20, 2021

UNITED STATES OF AMERICA,
Plaintiff,
v.
GEORGE S. HARRINGTON,
Defendant.

---

ORDER

---

On this date, the Defendant in this case emailed the Chambers for USMJ Gordon P. Gallagher the attached email. *See Attachment hereto marked as Exhibit 1.*   Defendant's email contained one sentence: "I accede to deposition in Tacoma and will not show cause."

ORDERED: The Government and the Defendant shall confer and make arrangements for the deposition to occur accordingly.