IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-2965

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE S. HARRINGTON and MONICA HARRINGTON,

    Defendants.

_____

**JOINT MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE**
_____

Plaintiff United States of America and Defendants George Harrington and Monica Harrington respectfully request the Court enter an Order modifying the discovery schedule set forth in its Scheduling Order [Dkt. #: 57] entered on March 8, 2022, to extend the deadline for discovery by 21 days.

As additional grounds for this Joint Motion, the parties state as follows:

1. Parties have been coordinating discovery response and deposition scheduling. Counsel for Monica Harrington is in a week-long set of depositions in another case, which is necessitating additional time to prepare responses to the United States' pending discovery, which responses are needed prior to conducting her deposition.

2. Pursuant to F.R.C.P. 6(b)(1), the Court may extend time for good cause.

1

3. Good cause exists in this matter.

4. To provide discovery responses and conduct depositions, parties need additional time to complete the actions.

5. The parties agree that extending the discovery deadline will not result in any prejudice to any party.

6. Based on the foregoing, the parties respectfully request that the Court extend the current discovery deadline as set forth below:

| Event | Current Date | New Date |
| --- | --- | --- |
| Discovery Cutoff | June 3, 2022 | June 24, 2022 |

7. The parties have filed with this Motion a proposed Order that, if granted, would adopt the new deadline proposed in paragraph 4.

WHEREFORE, for the reasons set forth above, Plaintiff and Defendants request that the Court grant the parties' Joint Motion to Modify the Scheduling Order.

Dated May 25, 2022.

/s/ Sam D. Starritt
Sam D. Starritt
744 Horizon Court, Suite 300
Grand Junction, CO 81506
970-241-5500
starritt@dwmk.com
Counsel for Defendant Monica Harrington

          DAVID A. HUBBERT
          Deputy Assistant Attorney General

          */s/ Charles J. Butler* (with permission)
          CHARLES J. BUTLER
          MATTHEW P. UHALDE
          Trial Attorneys, Tax Division
          U.S. Department of Justice
          P.O. Box 683
          Washington, D.C.  20044
          202-514-6062
          202-307-0054 (Fax)
          Charles.J.Butler@usdoj.gov


          */s/ George s. Harrington*  (with permission)
          GEORGE S. HARRINGTON
          1245 Chipeta Ave.
          Grand Junction, CO 81501
          260-674-0280
          mjgharrington@hotmail.com
          *Defendant, pro se*


## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2022, I filed the foregoing using the CM/ECF system, which will provide notice to all parties that have appeared.

          By: */s/ Sam D. Starritt*
          Sam D. Starritt