IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge S. Kato Crews

Civil Action No. 1:19-cv-02965-SKC-JPO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MONICA HARRINGTON, as the Personal Representative of the Estate of George Harrington, and
MONICA HARRINGTON, individually,

    Defendants.

## ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT

Before the Court is the Joint Motion for Entry of Judgment (Motion) (Dkt. 125) filed by the United States and Monica Harrington, individually and as representative of the Estate of George Harrington (Estate). The Motion seeks entry of judgment against the Estate for Counts 1 and 2. Dkt. 125, p.1. The Court previously granted summary judgment in favor of Plaintiff on these two claims. Dkt. 111.

The Motion further represents that the parties have reached an agreement concerning Count 3 regarding the repatriation of funds, to wit:

> . . . Monica Harrington will repatriate an amount equal to half the current value of the assets in her Vontobel account (half of $3,375,577, as of June 17, 2024, which is $1,687,788.50) and pay that amount to the United States. The United States will credit that amount toward the

> judgment against the Estate of George Harrington. Once the United States receives the payment, the parties will file a stipulation of dismissal of the repatriation claim, and the United States will execute and file a partial satisfaction of the judgment against the Estate.

*Id.* at pp.1-2.

The Motion is GRANTED. The Court ORDERS the Clerk of the Court to enter partial judgment as follows:

1. The Estate of George Harrington is liable for the willful FBAR penalties assessed against George Harrington, pursuant to 31 U.S.C. § 5321(a)(5)(C), for 2007 through 2010.

2. Judgment against the Estate of George Harrington is entered in the amount of $1,729,244 for the willful FBAR penalties, plus interest and other statutory fees and penalties that continue to accrue, for a total amount of $2,511,125.53 as of April 17, 2024.[1]

DATED: July 19, 2024.

BY THE COURT:

S. Kato Crews
United States District Judge

---

[1] The parties have not provided the Court with information concerning the amount of interest either agreed or applicable to the judgment, or the means to calculate its accrual vis-à-vis the judgment amount. The same is true of the agreed to statutory fees and penalties. But since the parties have apparently agreed to these items, the Court leaves it to them to run any necessary calculations.